Filed 10/16/01 by Clerk of Supreme Court

IN THE SUPREME COURT

STATE OF NORTH DAKOTA

2001 ND 164

State of North Dakota, Plaintiff and Appellee

v.

George James Gleeson, Defendant and Appellant

No. 20010096

Appeal from the District Court of Morton County, South Central Judicial District, the Honorable Burt L. Riskedahl, Judge.

AFFIRMED.

Per Curiam.

Wayne D. Goter of Goter Law Office, P.O. Box 1552, Bismarck, N.D. 58502-

1552, for defendant and appellant; submitted on brief.

Brian D. Grosinger, Assistant State’s Attorney, 210 2nd Avenue NW, Mandan, N.D. 58554, for plaintiff and appellee; submitted on brief.

State v. Gleeson

No. 20010096

Per Curiam.

[¶1] George Gleeson appeals from a judgment of conviction based on a jury verdict finding him guilty of driving under suspension.  We conclude substantial evidence supports the jury's verdict of guilty. We summarily affirm under 
State v. Egan
, 1999 ND 59, 591 N.W.2d 150, and N.D.R.App.P. 35.1(a)(3).

[¶2] Gerald W. VandeWalle, C.J.

William A. Neumann

Carol Ronning Kapsner

Dale V. Sandstrom

Mary Muehlen Maring